UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIEL GARREN,

    Plaintiff,

v.                                           Case No.: 8:11-CV-2344-T-30MAP

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

Before the Court are Plaintiff's motion for leave to proceed *in forma pauperis* (doc. 2) and Plaintiff's Attorney's Motion to Dismiss Complaint (doc. 5). Plaintiff's counsel asserts she is unable to contact Plaintiff, after several unsuccessful attempts via telephone, certified United States mail, and regular United States mail to schedule an in-office appointment for preparation of an affidavit of indigency in support of the motion for leave to proceed *in forma pauperis*. Accordingly, for the reasons set forth in the motion to dismiss, it is hereby

RECOMMENDED:

1. Plaintiff's motion to proceed *in forma pauperis* (doc. 2) be DENIED.

2. Plaintiff's Attorney's Motion to Dismiss Complaint (doc. 5) be GRANTED.

3. The Clerk of Court is directed to close the file.

IT IS SO REPORTED in chambers in Tampa, Florida this 2nd day of November, 2011.

*Mark A. Pizzo*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

Failure to file and serve written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date it is served on the parties shall bar an aggrieved party from a *de novo* determination by the District Court of issues covered in the report, and shall bar the party from attacking on appeal factual findings in the report accepted or adopted on appeal by the District Court except upon grounds of plain error or manifest injustice. 28 U.S.C. § 636(b)(1)(C); Local Rule 6.02; *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982) (*en banc*).
 upon grounds of plain error or manifest injustice. 28 U.S.C. § 636(b)(1)(C); Local Rule 6.02; *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982) (*en banc*).


cc:   Daniel Garren
      2450 Chestnut Woods Drive
      Lakeland, FL 33815